UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:16-cv-00157-MOC-DCK

| | | |
|---|---|---|
| **SIMPSON PERFORMANCE PRODUCTS, INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **ZAMP INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on the parties' Motion for Patent Claim Construction Hearing. Having considered the parties' motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the parties' Motion for Patent Claim Construction Hearing (#20) is **GRANTED**. The hearing shall be **CALENDARED** by the Clerk of Court for November 16, 2017 at 10:00 A.M. at the Charles R. Jonas Federal Building, 401 West Trade Street, Charlotte, North Carolina.

Signed: October 16, 2017



Max O. Cogburn Jr.
United States District Judge

-1-