IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:16-CV-157-MOC-DCK

| | |
|---|---|
| SIMPSON PERFORMANCE PRODUCTS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ZAMP INC., )<br>)<br>Defendant. )<br>) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion To Stay Pending *Inter Partes* Review" (Document No. 22) filed December 5, 2017. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and in consultation with Judge Cogburn's chambers, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Motion To Stay Pending *Inter Partes* Review" (Document No. 22) is **GRANTED**, and this matter is hereby **STAYED**.

**IT IS FURTHER ORDERED** that the parties shall file a Status Report following a decision by the PTAB, or on **May 1, 2018**, whichever arrives first.

**SO ORDERED**.

Signed: January 8, 2018

David C. Keesler
United States Magistrate Judge