# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
## CIVIL ACTION NO. 5:16-CV-157-MOC-DCK

| | |
|---|---|
| SIMPSON PERFORMANCE PRODUCTS, INC., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER**<br>) |
| ZAMP INC., | )<br>) |
| Defendant. | )<br>)<br>) |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Consent Motion To Lift Stay" (Document No. 33) filed July 30, 2018. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of Defendant's counsel, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Consent Motion To Lift Stay" (Document No. 33) is **GRANTED**. The case shall proceed on the docket as an active case.

**SO ORDERED**.

Signed: July 30, 2018

David C. Keesler
United States Magistrate Judge