IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:16-CV-157-MOC-DCK

| | |
|---|---|
| SIMPSON PERFORMANCE PRODUCTS, INC., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER**<br>) |
| ZAMP INC., | )<br>) |
| Defendant. | )<br>)<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 38) filed by Albert P. Allan, concerning Scott D. Swanson on April 5, 2019. Mr. Scott D. Swanson seeks to appear as counsel *pro hac vice* for Defendant Zamp Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 38) is **GRANTED**. Mr. Scott D. Swanson is hereby admitted *pro hac vice* to represent Defendant Zamp Inc.

**SO ORDERED**.

Signed: April 5, 2019

David C. Keesler
United States Magistrate Judge