**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**CIVIL ACTION NO.  5:16-CV-157-KDB-DCK**

| | | |
|---|---|---|
| **SIMPSON PERFORMANCE PRODUCTS, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **ZAMP INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

     **THIS MATTER IS BEFORE THE COURT** on the "Joint Motion To Stay Case Pending Mediation" (Document No. 65) filed November 13, 2019.  This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.  Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will <u>grant</u> the motion.

     **IT IS, THEREFORE, ORDERED** that the "Joint Motion  To Stay Case Pending Mediation" (Document No. 65) is **GRANTED**.  This matter is **STAYED** through **January 2, 2020**, unless otherwise ordered.

     **IT IS FURTHER ORDERED** that the parties shall file a Mediator's Report <u>and</u> Notice of Settlement or a Joint Status Report on or before **January 3, 2020**.

     **IT IS FURTHER ORDERED** that case deadlines are:  Opening Expert Reports – **January 31, 2020**; Rebuttal Expert Reports – **February 21, 2020**; Discovery Completion – **February 28, 2020**; Dispositive Motions – **March 10, 2020**; and Trial – **July 20, 2020**.

**SO ORDERED**.

Signed: November 14, 2019

David C. Keesler
United States Magistrate Judge