**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**CIVIL ACTION NO. 5:16-CV-157-KDB-DCK**

| | | |
|---|---|---|
| **SIMPSON PERFORMANCE** | ) | |
| **PRODUCTS, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **ZAMP INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Craig N. Killen, filed a "Certification Of Mediation Session" (Document No. 67) notifying the Court that the parties reached a settlement on November 20, 2019. The Court commends the mediator, counsel, and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Consent Judgment or a Stipulation of Dismissal in this case on or before **January 20, 2020**.

**SO ORDERED**.

Signed: December 19, 2019

David C. Keesler
United States Magistrate Judge